UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IHSAN MALKAWI, on Behalf of Herself and Others Similarly Situated, <br><br> Plaintiff, <br><br> -against- <br><br> CITY OF YONKERS, <br><br> Defendant. | Case No.: 1:20-cv-02893-RA <br><br> **NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE THAT,** Harris Beach, PLLC, by Elliot A. Hallak, an attorney duly admitted to practice before this Court, appears as counsel to Defendant **CITY OF YONKERS** in the above captioned matter.

  All notices and other papers in this action shall be served at the address stated below.

Dated: April 24, 2020
   Albany, New York

            HARRIS BEACH PLLC


          By: /s/Elliot A. Hallak
             Elliot A. Hallak
             *Attorney for City of Yonkers*
             677 Broadway, Suite 1101
             Albany, New York 12207
             P:  (518) 427-9700
             F:  (518) 427-0235
             ehallak@harrisbeach.com