UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IHSAN MALKAWI, on Behalf of Herself and Others Similarly Situated,

    Plaintiff,

-against-

CITY OF YONKERS,

    Defendant.

**STIPULATION AND ORDER OF DISMISSAL**

No. 7:20-cv-02893-VB

**WHEREAS**, Plaintiff and Defendant have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that:

1. This action is hereby dismissed with prejudice, and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between Plaintiff and Defendant as set forth in the Stipulation and Order of Settlement executed by Plaintiff and Defendant in this matter, signed by the Court on April 19, 2021 and filed on April 20, 2021.

**[INTENTIONALLY LEFT BLANK]**

1

Dated: April 21, 2021
New York, New York

**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**

By: *(signed)*
O. Andrew F. Wilson
Emma L. Freeman
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

**HARRIS BEACH PLLC**

By: *(signed)*
Darius Chafizadeh
Elliot Hallak
Mathew Dudley
445 Hamilton Avenue, Suite 1206
White Plains, NY 10601
Tel. (914) 683-1200

*Attorneys for Defendant City of Yonkers*

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS NEW YORK**

By: *(signed)*
Ahmed M. Mohamed
46-01 Twentieth Avenue
Queens, NY 11105
(646) 665-7599

*Attorneys for Plaintiff*

SO ORDERED:

*(signed)*
Vincent L. Briccetti, U.S.D.J.
April 21, 2021

2